Stephanie A. Hollar, Esq.
Dennis P. Clarke, Esq.
SMITH, WALSH, CLARKE & GREGOIRE, PLLP
104 2nd Street South, Suite 400
P.O. Box 2227
Great Falls, Montana 59403-2227
Telephone: (406) 727-4100
Facsimile:  (406) 727-9228
shollar@swcgfirm.com
dclarke@swcgfirm.com
    *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JUDITH NEWMAN, as Personal Representative of the Estate of Karlye Newman<br><br>Plaintiff,<br><br>v.<br><br>UNITED FIRE AND CASUALTY COMPANY,<br><br>Defendant. | Cause No. 9:13-CV-00047-DLC<br><br>**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Defendant United Fire and Casualty Company ("United Fire"), through its counsel of record, and submits its Cross-Motion for Summary

1

Judgment.  This motion is supported by an accompanying brief.  Plaintiffs'

counsel has been contacted and objects to this motion.

DATED this 10th  day of May, 2013.

/s/ Stephanie A. Hollar
Stephanie A. Hollar, Esq.
Dennis P. Clarke, Esq.
SMITH, WALSH, CLARKE & GREGOIRE, PLLP
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2013, a copy of the foregoing document was served on the following persons CM/ECF:

James A. Manley
Ann L. Moderie
Manley Law Firm
201 Fourth Avenue East
Polson, Montana 59860
Phone: 406-883-6285
jimmanleylaw@centurytel.net
annmanleylaw@centurytel.net

Lawrence A. Anderson
Attorney at Law
300 4th Street North
P.O. Box 2608
Great Falls, MT 59403-2608
Phone: 406- 727-8466
laalaw@me.com

Thomas J. Beers
Beers Law Offices
234 East Pine
P.O. Box 7968
Missoula, MT 59807-7968
Phone: 406- 728-4888
blo@montana.com
*Attorneys for Plaintiffs*

/s/ Stephanie A. Hollar